# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
    **Plaintiff,**

  v.                                   **Case No. 14-CR-29**
                                            **14-CR-213**

**TARQUIN C. SAUNDERS**
    **Defendant.**

## ORDER

On the government's unopposed motion, and pursuant to Fed. R. Crim. P. 13 and Criminal L.R. 13 (E.D. Wis.),

**IT IS ORDERED** that Case No. 14-CR-29 and Case No. 14-CR-213 are hereby consolidated before this branch of the court for all further proceedings. All dates previously set in No. 14-CR-29 shall also apply to No. 14-CR-213.

Dated at Milwaukee, Wisconsin, this 24th day of November, 2014.

                                         /s Lynn Adelman
                                         LYNN ADELMAN
                                         District Judge